# LANDERHOLM
Legal advisors. Trusted advocates.

Phillip J. Haberthur
805 Broadway Street
Suite 1000
PO Box 1086
Vancouver, WA 98666

T: (360) 816-2520
T: (503) 283-3393
F: (360) 816-2521
E: philh@landerholm.com

December 8, 2020

**VIA ELECTRONIC FILING**

US Bankruptcy Court
District of Oregon
1050 SW 6th Ave #700
Portland, OR 97204

**Re:** **In Re Orland, Ltd.**
**U.S. Bankruptcy Court for the District of Oregon Case No. 20-03113**
**Removed from Multnomah County Circuit Court Case No. 16cv23150**

Dear Clerk:

A Notice of Removal to Federal Bankruptcy Court was filed by Orland, Ltd. ("Debtor") on December 6, 2020 in the U.S. Bankruptcy Court for the District of Oregon Adversary Case No. 20-03113.

The following is a list of parties, addresses, and their associating attorneys.

| Party | Address | Attorney of Record with Multnomah County Circuit Court Case No. 16cv23150 |
|---|---|---|
| Cerner Middle East Limited | 2800 Rockcreek Parkway, Kansas City, Missouri 64117 | Garrett S. Garfield<br>OSB No. 093634<br>Holland & Knight LLP<br>111 SW 5th Ave Ste 2300<br>Portland, OR 97204-3626<br>P: (503) 243-2300<br>garrett.garfield@hklaw.com<br><br>Warren E. Gluck<br>(*Admitted to OR Pro Hac Vice*)<br>Holland & Knight LLP<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>Warren.Gluck@hklaw.com |
| Belbadi Enterprises, LLC | PO Box 27330<br>Al Khaldiya, Aread 3<br>Abu Dhabi, U.A.E. | Bradley W. Andersen<br>OSB No. 901943<br>Phillip J. Haberthur |

|  |  | OSB No. 145984<br>Landerholm, P.S.<br>805 Broadway Street, Suite 1000<br>PO Box 1086<br>Vancouver, WA 98665<br>P: (360) 696-3312<br>Brad.andersen@landerholm.com<br>philh@landerholm.com |
|---|---|---|
| Orland, Ltd. | 4110 SE Hawthorne Boulevard, Suite 247, Portland, Oregon 97214 | Bradley W. Andersen<br>OSB No. 901943<br>Phillip J. Haberthur<br>OSB No. 145984<br>Landerholm, P.S.<br>805 Broadway Street, Suite 1000<br>PO Box 1086<br>Vancouver, WA 98665<br>P: (360) 696-3312<br>Brad.andersen@landerholm.com<br>philh@landerholm.com |

Gary Grenley, Paul Trinchero, and Foster Garvey PC are no longer associated with counsel for Belbadi Enterprises, LLC and Orland, Ltd. Counsel will be filing a Notice of Withdraw in the State Court.

Let us know if you have any questions or concerns.

Sincerely,

LANDERHOLM, P.S.

PHILLIP J. HABERTHUR
Attorney at Law
PJH/had
ORLL01-000001 - Letter to Bankruptcy Court regarding Parties and their addresses(5153107.1)